**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

HEATHER TUEBNER,                                   **CASE NO.:** 5:12-cv-601-32-PRL

     Plaintiff,                                   **Civil Action**

vs.

GILA, LLC, a foreign limited liability company,
(doing business as "Muncipal Services Bureau")

     Defendant.
_____/

**ANSWER AND AFFIRMATIVE DEFENSES**
**TO FIRST AMENDED COMPLAINT**

     COMES NOW, Defendant, ("GILA") and files this Answer and Affirmative Defenses to

the Plaintiff's Complaint and states:

1.     Admit that the Plaintiff has brought suit under the FDCPA and FCCPA, but

     denied she is entitled to any relief thereunder.

2.     Admitted.

3.     Defendant is without sufficient knowledge to admit or deny the allegation

     contained in this paragraph of Plaintiff's Complaint, therefore denied.

4.     Admitted.

5.     Admitted.

6.     Admitted Defendant's website states what it states, as to all other allegations

     contained herein, denied.

7.     Admitted that Defendant is sometimes considered a "debt collector" as defined by

     the FDCPA.

8.     Admitted that the FDCPA states what it states, as to all other allegations contained herein, denied.

9.     Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

10.     Denied.

11.     Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

12.     Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

13.     Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

14.     Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

15.     Defendant re-alleges and re-incorporates paragraphs 1 through 14 as if fully restated herein.

16.     Denied.

17.     Defendant re-alleges and re-incorporates paragraphs 1 through 14 as if fully restated herein.

18.     Denied.

19.     Denied.

20.     Denied.

## FIRST AFFIRMATIVE DEFENSE

Any violation of the law or damage suffered by Plaintiff was due to the affirmative actions and/or omissions of Plaintiff or others, and does not give rise to any claim of damages against Defendant.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff has suffered no damages as a result of any acts or omissions of Defendant.

## THIRD AFFIRMATIVE DEFENSE

Defendant asserts, without admitting any liability whatsoever, that any violation of federal or state law was unintentional and the result of a bona fide error, notwithstanding reasonable procedures in place to prevent such errors.

## DEMAND FOR A JURY TRIAL

The Defendant demands a trial by jury of all issues so triable.

WHEREFORE, Defendant respectfully requests an Order dismissing the case and awarding it attorneys' fees and costs.

Respectfully submitted by:

/s/ Dale T. Golden
Dale T. Golden, Esquire
FBN: 0094080
/s/ Charles J. McHale
Charles J. McHale, Esquire
FBN: 0026555
**GOLDEN & SCAZ, PLLC**
201 North Armenia Avenue
Tampa, FL 33609
Phone: 813-251-5500
Fax: 813-251-3675
Email: dgolden@goldenscaz.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<div style="margin-left:40%;">

/s/ Dale T. Golden
Dale T. Golden, Esquire
FBN: 0094080
/s/ Charles J. McHale
Charles J. McHale, Esquire
FBN: 0026555

</div>