UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Ocala Division

CASE NO. 5:12-cv-601-32-PRL (CEK)

HEATHER TUEBNER, individually,

    Plaintiff,

v.

GILA, LLC,
a foreign limited liability company,
(doing business as "Municipal Services Bureau"),

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, HEATHER TUEBNER, hereby notifies the Court that a settlement has been reached between the parties, pending execution of settlement documents and releases. Plaintiff anticipates completion of same within thirty (30) days.

    Respectfully submitted,

    */s/ Scott D. Owens*
    SCOTT D. OWENS, ESQ.
    664 E. Hallandale Beach Blvd.
    Hallandale, Florida 33009
    Phone    954-589-0588
    Fax   954-337-0666
    scott@scottdowens.com
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 28, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

    Respectfully submitted,

    */s/ Scott D. Owens*
    SCOTT D. OWENS, ESQ.